IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SEASON FRENZEL,

                Plaintiff,

vs.

CASH AMERICA CENTRAL, INC., et al.,

                Defendants.

No. 3:19-cv-0009-HRH

O R D E R

Motion to Dismiss[1]

Defendant moves in the alternative for a dismissal of plaintiff's complaint or an order compelling arbitration and a stay of these proceedings because of a dispute resolution and arbitration agreement[2] entered into between the parties. The time for plaintiff to respond to defendant's motion to dismiss has expired.[3] No response has been filed, and the motion is therefore unopposed.

In consideration of the terms of the parties' dispute resolution and arbitration agreement,[4] defendants' motion to dismiss plaintiff's complaint is granted.

---

[1]Docket No. 14.

[2]Docket No. 15-2.

[3]See Docket No. 17.

[4]Docket No. 15-2 at 1, and 15-3 at 6.

ORDER – Motion to Dismiss          - 1 -

Plaintiff's complaint is dismissed without prejudice, the parties to bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this  9th  day of April, 2019.

/s/ H. Russel Holland
United States District Judge